**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                           **PETITIONER**

v.                     **CASE NO. 4:14CR00008-11 BSM**

**ROY WEATHERSPOON**                                                     **RESPONDENT**

## ORDER

The clerk of the court is directed to update defendant's last name from Witherspoon to Weatherspoon, his true last name. All future filings will therefore reflect the correct name of defendant as Roy Weatherspoon.

IT IS SO ORDERED this 19th of June 2015.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE